UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO.: 15-197 |
| | § | |
| vs. | § | SECTION: "H" |
| | § | |
| GRAND ISLE SHIPYARD, INC., et al. | § | JUDGE JANE TRICHE MILAZZO |
| | § | |

## NOTICE OF HEARING

Undersigned counsel for Defendant Grand Isle Shipyard, Inc. will bring its Motion *in Limine* to Exclude Improper Hypotheticals for hearing before the Honorable Jane Triche Milazzo on August 14, 2018 at 9:30 a.m. You are invited to appear and take such part as may be fit and proper.

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Harry Rosenberg*
Harry Rosenberg, T.A. (La. Bar No. 11465)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: harry.rosenberg@phelps.com

**SMYSER KAPLAN & VESELKA LLP**

*/s/ Shaun G. Clarke*
Shaun G. Clarke (La. Bar No. 24054)
Dane C. Ball, *pro hac vice*
Alexander M. Wolf, *pro hac vice*
700 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: 713-221-2300
Telecopier: 713-221-2320
Email: sclarke@skv.com, dball@skv.com, awolf@skv.com

**ATTORNEYS FOR DEFENDANT
GRAND ISLE SHIPYARD, INC.**

762570.1

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 10, 2018, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

                  */s/ Shaun Clarke*