**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA                    CRIMINAL NO. 15-197

VERSUS                                       SECTION "H"

CURTIS DANTIN
GRAND ISLE SHIPYARDS, INC.

<u>RE-NOTICE OF TRIAL</u> (from 8/20/18)

Take Notice that this criminal case has been set for TRIAL beginning **MARCH 18, 2019 at 8:30 A.M.** before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse, Courtroom C224, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: August 2, 2018                         WILLIAM W. BLEVINS, CLERK

TO:                                          by:   **Erin Mouledous**
Curtis Dantin (On Bond)                            **Case Manager**
Counsel:      Eddie J. Castaing, Jr.
                                             AUSA:  EMILY KATHERINE GREENFIELD
                                                    KENNETH E. NELSON
                                                    NICHOLAS D. MOSES
TO:                                                 SAMUEL LORD
Grand Isle Shipyards, Inc.
Counsel:      Harry Rosenberg
              Dane Ball
              Shaun G. Clarke                U.S. Marshal

                                             U.S. Probation Office - U.S. Pretrial Services


                                             FOREIGN LANGUAGE INTERPRETER:

                                                  NONE

                                             Myles.Matthew@epa.gov