MINUTE ENTRY
MILAZZO, J.
JANUARY 17, 2019

JS-10: 00:45

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                CRIMINAL ACTION

VERSUS                                                              15-197 "H"

GRAND ISLE SHIPYARDS, INC.

### RE-ARRAIGNMENT

CASE MANAGER: ERIN MOULEDOUS
COURT REPORTER: JODI SIMCOX
LAW CLERK:      EMMY SCHROETER

APPEARANCES:   NICHOLAS MOSES, AUSA, FOR GOVERNMENT
               HARRY ROSENBERG & DAVID KORN, FOR DEFENDANT
               GRAND ISLE SHIPYARDS, INC.
               PETER J. ROUSSE, CORPORATE REPRESENTATIVE FOR
               GRAND ISLE SHIPYARDS, INC.

Court begins at 9:45 A.M.
Counsel appear for the record.
Written consent form submitted to the Court authorizing Peter J. Rousse to enter into a guilty plea on behalf of defendant Grand Isle Shipyards, Inc.
Defendant is present on count 4 of the Third Superseding Indictment and enters a plea of guilty as to same.
Defendant sworn.
Defendant is cautioned regarding possible prosecution for perjury or false statement if answers to the Court's questions are not truthful.
Defendant is informed of rights to trial by jury or the Court and waives same.
Reading of the Third Superseding Indictment by the Court to the defendant is waived.
Defendant is informed of the maximum penalties.

Defendant is informed of the Sentencing Guidelines.
Defendant enters a plea of Guilty.
An 11(c)(1)(C) Plea Agreement is disclosed to the Court in letter form, signed by all parties and filed into the record.
Factual basis summarized by the U.S. Attorney, signed by all parties and filed into the record.
The Court finds there is a factual basis for the guilty plea in this matter and that the defendant is fully competent to enter a plea of guilty and is pleading guilty knowingly and voluntarily.
The defendant is ADJUDGED GUILTY on plea of Guilty.
**PRETRIAL CONFERENCE AND TRIAL ARE HEREBY CANCELLED as to Grand Isle Shipyards, Inc.**

Court recessed at 10:15 a.m. and this matter will proceed to sentencing at 1:00 p.m.

SENTENCING

Court resumes at 1:15 p.m.
Counsel appear for the record.
Mr. Rousse present for sentencing on behalf of Grand Isle Shipyards, LLC.
Defense counsel notes for the record that the properly named defendant is Grand Isle Shipyards, LLC f/k/a Grand Isle Shipyards, Inc.
Defendant has entered into a guilty plea as to Count 4 of the Third Superseding Indictment.
The Court accepts the 11(c)(1)(C) plea agreement.
Defendant sentenced to Probation.
**See Judgment.**
All remaining counts are dismissed against Grand Isle Shipyards, LLC on oral motion by the Government.

Court adjourned 1:30 p.m.

